**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| SOUTH LOUISIANA RAIL FACILITY, LLC | CIVIL ACTION NO. 25-0334 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| AGREETA SOLUTIONS USA, LLC | MAGISTRATE JUDGE LEBLANC |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge, the written objections having been filed, the response to the objections, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss, Record Document 11, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss, Record Document 22, is **GRANTED** and the claims of defendant Agreeta Solutions USA, LLC against plaintiff South Louisiana Rail Facility, LLC for violation of Louisiana Unfair Trade Practices Act (including any claim for treble damages), tortious interference with business relationships, and civil conspiracy as a basis for solidary liability are **DISMISSED**.

**IT IS FURTHER ORDERED** that Agreeta's request to be permitted to file an amended pleading to attempt to salvage the claims herein dismissed be **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 30th day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE